# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

February 1, 2017

Clerk
45th Judicial District, Bexar County
100 Dolorosa St.
San Antonio, TX 78205

I, JEANNETTE J. CLACK, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 45th Judicial District, Bexar County, Texas, pursuant to an Order entered remanding, by the Honorable Xavier Rodriguez, District Judge. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-16-CV-1229-XR; Kris Hospitality Llc v Tri-State Insurance Company of Minnesota et al.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 1st day of February, 2017.

JEANNETTE J. CLACK CLERK

BY: *Amy Jackson*

Amy E. Jackson, Deputy Clerk